MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANCISCO JAVIER MATA-ANDRADE, | No. C 10-4153 SBA |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND ORDER** |
| JANET NAPOLITANO, Secretary of Homeland Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a).

///

///

///

///

///

///

///

Stipulation to Dismiss
C10-4153 SBA                                                            1

1 | The parties will bear their own costs and fees.

2 | Date: October 21, 2010                              Respectfully submitted,

3 |                                                     MELINDA HAAG
  |                                                     United States Attorney
4 |

5 |                                                     _____/S/_____
  |                                                     ILA C. DEISS[1]
6 |                                                     Assistant United States Attorney
  |                                                     Attorneys for Defendant
7 |

8 |
  |                                                     _____/s/_____
9 | Date: October 21, 2010                              JONATHAN KAUFMAN
  |                                                     Attorney for Plaintiff
10 |

11 |                         **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 |
Date:  10/25/10                                         _Saundra B Armstrong_
14 |                                                     SAUNDRA B. ARMSTRONG
  |                                                     United States District Judge
15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 | _____

27 | [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
28 |

Stipulation to Dismiss
C10-4153 SBA                              2